390 A.2d 291

Commonwealth v. Ewing, Appellant.

Argued March 29, 1978. Gregory V. Smith, Chief Public Defender, for appellant; Robert F. Banks, First Assistant District Attorney, with him William S. Kieser, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., would reverse and grant a new trial.

390 A.2d 292

Commonwealth v. Harris, Appellant.

Argued March 21, 1978. Stephen R. Basser, for appellant; M. Gottlieb, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.